```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUN CHEN,

                        Plaintiff,

          -against-

SUSHI 21 NY INC., et al.,

                      Defendants.
------------------------------------------------------------X

17 CIVIL 6153 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 18, 2018, the defendants' motion for summary judgment is granted. The Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. The plaintiff's FLSA claims are dismissed with prejudice. The plaintiff's NYLL claims are dismissed without prejudice because the Court declines to exercise jurisdiction over those claims; accordingly, the case is closed.

**Dated:** New York, New York
         December 19, 2018

                                                RUBY J. KRAJICK

                                                      Clerk of Court

                 BY:

                                                        **Deputy Clerk**